FILED
2010 May-17 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

{B1161656}

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CFA INSTITUTE, | ) |
| Plaintiff, | ) Case No: 2:10-mc-00848-VEH |
| v. | ) |
| INSTITUTE OF CHARTERED FINANCIAL ANALYSTS OF INDIA, | ) |
| Defendant, | ) |
| MAGAZINE EXPRESS, INC. | ) |
| Garnishee. | ) |
| _____ | ) |
| ICFAI UNIVERSITY-DEHRADUN, | ) |
| Intervenor/Cross-Claimant, | ) |
| v. | ) |
| CFA INSTITUTE, MAGAZINE EXPRESS, INC., and INSTITUTE OF CHARTERED FINANCIAL ANALYSTS OF INDIA, | ) |
| Cross-Claim Defendants. | ) |

## **COMPLAINT IN INTERVENTION**

{B1161656}

Pursuant to the Court's Order granting Cross-Claim Plaintiff ICFAI University-Dehradun's ("IUD") Motion to Intervene in the above-referenced action, IUD, by and through its undersigned attorneys, alleges as follows:

## THE PARTIES

1. Intervening Cross-Claim Plaintiff, IUD is an Indian University established under the ICFAI University Act of 2003. IUD is headquartered in Dehradun, Uttaranchal, India. ICFAI University Press is the publishing arm of IUD.

2. On information and belief, Plaintiff/Cross-Claim Defendant, CFA Institute, is a Virginia association headquartered in Virginia.

3. On information and belief, Garnishee/Cross-Claim Defendant, Magazine Express, Inc., is an Alabama corporation with its principal place of business in Birmingham, Alabama.

4. On information and belief, Institute of Chartered Financial Analysts of India is an Indian corporation headquartered in Hyderabad, India.

## JURISDICTION AND VENUE

5. The Court has subject matter jurisdiction in this case pursuant to 28 U.S.C. §1367. The Court may exercise supplemental jurisdiction over this matter because it raises the identical factual and legal issues already before the Court in the garnishment proceedings.

6. Venue is proper pursuant to 28 U.S.C. §§1391 and 1392. Magazine Express resides in this district and the property made the subject of this action is in this district.

## FACTS

7. Magazine Express entered into an agreement with ICFAI University Press, the publishing arm of IUD. This Agreement allows Magazine Express to sell and display IUD's products in return for certain royalties.

8. On information and belief, no contract or business relationship exists between Magazine Express and the Institute of Chartered Financial Analysts of India ("ICFAI").

9. On April 9, 2010, CFA Institute filed a Process of Garnishment seeking to garnish all funds held by Magazine Express relating to sales of certain materials published by IUD. CFA Institute claims entitlement to such funds by virtue of a judgment entered in its favor and against ICFAI. ICFAI is the only defendant in that litigation, styled *CFA Institute v. Institute of Chartered Financial Analysts of India*, United States District Court for the Eastern District of Virginia Case No. 3:98CV417.

10. IUD is not a party to the litigation between CFA Institute and ICFAI, and is not bound by the judgment made the basis of CFA Institute's garnishment proceeding.

11. The property sought to be garnished by CFA Institute belongs and/or is owed to IUD, not ICFAI. IUD and ICFAI are separate entities and the monies payable to IUD through its Agreement with Magazine Express go to IUD, not ICFAI.

## CLAIM FOR DECLARATORY AND INJUNCTIVE RELIEF

12. CFA Institute is attempting to garnish the property of IUD pursuant to a judgment to which IUD is not a party, and by which IUD is not bound.

13. CFA Institute cannot use a judgment against ICFAI to garnish property that does not belong to ICFAI.

WHEREFORE, IUD requests the Court to declare that neither CFA Institute nor ICFAI has a legal claim to the property made the subject of the garnishment proceeding, to enjoin CFA Institute from further seeking to wrongfully garnish IUD's property, and to enjoin Magazine Express from turning IUD's property over to CFA Institute.

        Respectfully submitted,

        /s/ Philip G. Piggott
        PHILIP G. PIGGOTT
        ASB-4379-P67P
        E-Mail: pgp@starneslaw.com

        H. THOMAS WELLS, III
        ASB-4318-H62W
        E-Mail: htw@starneslaw.com

STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

*Attorneys for ICFAI University-Dehradun*

CERTIFICATE OF SERVICE

  I hereby certify that on May 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Frederick Erben, Esq.<br>John W. Gray, II, Esq.<br>BEDDOW, ERBEN, & BOWEN, P.A.<br>Suite 102-The Massey Building<br>2025 Third Avenue North<br>Birmingham, Alabama 35203<br><br>Stephen E. Baskin, Esq.<br>KILPATRICK STOCKTON LLP<br>607 14th Street, N.W., Suite 900<br>Washington, D.C. 20005-2018<br><br>Burleigh L Singleton, Esq.<br>John P. Jett, Esq.<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, N.W., Suite 2800<br>Atlanta, Georgia 30309 | Mark T. Stancil, Esq.<br>Eric J. Feigin, Esq.<br>ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP<br>1801 K Street, N.W., Suite 411<br>Washington, D.C. 20006<br><br>Craig Michael Scott, Esq.<br>SCOTT & BUSH Ltd.<br>30 Kennedy Plaza, 4th Floor<br>Providence, RI 02903 |

  And service will be perfected upon:

Magazine Express, Inc.
c/o Richard L. Bozzelli
5724 Highway 280 East
Birmingham, AL 35242

{B1161656}         5